HABERBUSH, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
RICHARD A. BROWNSTEIN, ESQ., SBN 70297
VANESSA M. HABERBUSH, ESQ., SBN 287044
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile: (562) 435-6335
E-mail: vhaberbush@lbinsolvency.com

Attorneys for Plaintiff.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>Canyon Crest Ranch Partners-Moorpark, LLC,<br><br>　　　　　　　　Debtor. | Case No. 9:18-bk-11383-RC<br><br>**Chapter 11**<br><br>Adv. Case No. 9:22-ap-01027-RC |
| ALVAREZ FIRM, A LAW CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BIRDSALL GROUP, LLC,<br><br>　　　　　　　　Defendant. | **PROOF OF SERVICE OF**<br>**(1) ADVERSARY PROCEEDING COVER SHEET;**<br>**(2) COMPLAINT: (1) TO DETERMINE THE NATURE, EXTENT, AND VALIDITY OF THE ASSERTED SECURED CLAIM OF BIRDSALL GROUP, LLP PURSUANT TO 11 U.S.C. § 506; AND (2) OBJECTING TO THE PROOF OF CLAIM NUMBER 5 FILED BY BIRDSALL GROUP, LLP PURSUANT TO 11 U.S.C. §§ 502 AND 726 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3007;**<br>**(3) ADVERSARY PROCEEDING STATUS CONFERENCE PROCEDURES;**<br>**(4) SUMMONS AND NOTICE F STATUS CONFERENCE IN ADVERSRAY PROCEEDING [LBR 7004-1];**<br>**(5) JOINT STATUS REPORT [LBR 7016-1(a)(2)]; AND**<br>**(6) NOTICE OF REQUIREMENT FOR PARTIES IN THIS PROCEEDING TO COMPLY WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled (*specify*):  **(1) ADVERSARY PROCEEDING COVER SHEET; (2) COMPLAINT: (1) TO DETERMINE THE NATURE, EXTENT, AND VALIDITY OF THE ASSERTED SECURED CLAIM OF BIRDSALL GROUP, LLP PURSUANT TO 11 U.S.C. § 506; AND (2) OBJECTING TO THE PROOF OF CLAIM NUMBER 5 FILED BY BIRDSALL GROUP, LLP PURSUANT TO 11 U.S.C. §§ 502 AND 726 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3007; (3) ADVERSARY PROCEEDING STATUS CONFERENCE PROCEDURES; (4) SUMMONS AND NOTICE F STATUS CONFERENCE IN ADVERSRAY PROCEEDING [LBR 7004-1]; (5) JOINT STATUS REPORT [LBR 7016-1(a)(2)]; AND (6) NOTICE OF REQUIREMENT FOR PARTIES IN THIS PROCEEDING TO COMPLY WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 6, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Birdsall Group, LLC,
c/o Mark R. Pachowicz, Esq.
Pachowicz | Goldenring, APLC
6050 Seahawk Street
Ventura, California 93003

Birdsall Group, LLC
Attn: Agent for Service of Process Andrew Scott Birdsall
2300 Alessandro Drive,
Ventura, CA 93001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 6, 2022 | Alexander S. Bostic | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled (*specify*):   **PROOF OF SERVICE OF (1) ADVERSARY PROCEEDING COVER SHEET; (2) COMPLAINT: (1) TO DETERMINE THE NATURE, EXTENT, AND VALIDITY OF THE ASSERTED SECURED CLAIM OF BIRDSALL GROUP, LLP PURSUANT TO 11 U.S.C. § 506; AND (2) OBJECTING TO THE PROOF OF CLAIM NUMBER 5 FILED BY BIRDSALL GROUP, LLP PURSUANT TO 11 U.S.C. §§ 502 AND 726 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3007; (3) ADVERSARY PROCEEDING STATUS CONFERENCE PROCEDURES; (4) SUMMONS AND NOTICE F STATUS CONFERENCE IN ADVERSRAY PROCEEDING [LBR 7004-1]; (5) JOINT STATUS REPORT [LBR 7016-1(a)(2)]; AND (6) NOTICE OF REQUIREMENT FOR PARTIES IN THIS PROCEEDING TO COMPLY WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 6, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Vanessa M Haberbush**    vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **Jerry Namba (TR)**    jnambaepiq@earthlink.net, jnambalaw@yahoo.com;jn01@trustesolutions.net;paknamba@gmail.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 6, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Birdsall Group, LLC,
c/o Mark R. Pachowicz, Esq.
Pachowicz | Goldenring, APLC
6050 Seahawk Street
Ventura, California 93003

Birdsall Group, LLC
Attn: Agent for Service of Process Andrew Scott Birdsall
2300 Alessandro Drive,
Ventura, CA 93001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 6, 2022 | Alexander S. Bostic | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.